**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>                    Plaintiff,<br><br>     v.<br><br>NIGHTSTAR THERAPEUTICS PLC, CHRIS HOLLOWOOD, DAVID FELLOWS, PAULA COBB, DAVID LUBNER, JAMES MCARTHUR, DAVID MOTT, and SCOTT WHITCUP,<br><br>                    Defendants. | )<br>)  Civil Action No. 19-cv-10903-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 13, 2019

                                                       /s/ *Shannon L. Hopkins*
                                                       Shannon L. Hopkins (BBO#657485)
                                                       LEVI & KORSINSKY LLP
                                                       1111 Summer Street, Suite 403
                                                       Stamford, CT 06905
                                                       Tel: (203) 992-4523
                                                       Fax: (212) 363-7171
                                                       shopkins@zlk.com

                                                       *Attorneys for Plaintiff*

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly K. Moran
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

## **CERTIFICATE OF SERVICE**

I, Shannon L. Hopkins, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 13th day of May, 2019.

*/s/Shannon L. Hopkins*
Shannon L. Hopkins